

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Hector Francisco Tarango,

Vs. No. 11-23-00271-CR

The State of Texas,

\* From the County Court at Law No. 2 of Ector County, Trial Court No. 22-3010-CCL2.

\* February 1, 2024

\* Memorandum Opinion by Bailey, C.J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.